UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR14-244 RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| REZA DINDAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

1. Conspiracy

2. Export to an Embargoed Country

3. Smuggling Goods from the United States

4. Money Laundering

5. Filing False Export Records

Date of Detention Hearing:    April 20, 2026.

The Court reviewed the pre-trial services report and Indictment, and finds that because

DETENTION ORDER
PAGE -1

Defendant poses a serious risk of flight he qualifies for a detention hearing, as he is not a citizen of the United States, has no ties to the District, and was extradited here from Panama.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is charged with serious offenses involving the smuggling of military sonar systems to Iran. He is a citizen of Iran and has no ties to this District or the United States, and has been residing in China and Iran, which do not have extradition treaties with the United States. Defendant does not contest detention at this time.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 20th day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3